PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Western District Of Texas

United States Courts
Southern District of Texas
FILED

*July 03, 2018*

David J. Bradley, Clerk of Court

U.S.A. vs. Joseph Teron Hayes

Docket No. **4:18mj1059**

[0542 5:17CR00954]-[001]

### Petition for Action on Conditions of Pretrial Release

COMES NOW Stanley N. Lerma, pretrial services/probation officer, presenting an official report upon the conduct of defendant Joseph Teron Hayes who was placed under pretrial release supervision by the Honorable Henry J. Bemporad sitting in the court at San Antonio on the 11th date of December, 2017 under the following conditions:

> See Order Setting Conditions of Release of Defendant or Material Witness dated December 11, 2017.
>
> Condition (1) The defendant/material witness shall not commit any offense in violation of federal, state or local law while on release in this case. The defendant/material witness shall report as soon as possible, to Pretrial Services or supervising officer, any contact with any law enforcement personnel including, but not limited to, any arrest, questioning, or traffic stop.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

> The defendant was arrested on May 3, 2018, and was charged with Felon in Possession of a Firearm. He was released on a $10,000 bond out of Bexar County the same date. He also reported the arrest to Pretrial Services accordingly.
>
> Pretrial Services is currently awaiting a response from Assistant United States Attorney, Matthew Lathrop, do determine whether he concurs with our recommendation.

**PRAYING THAT THE COURT WILL ORDER** a warrant be issued so that the defendant may be brought before the court and show cause why his bond should not be revoked.

ORDER OF COURT
Considered and ordered this 17 day of May, 2018 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05/09/2018

_____
U.S. Pretrial Services/Probation Officer

Place   Federal Building
727 East Cesar E. Chavez Boulevard, Rm B-636
San Antonio, TX 78206

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

U.S. MARSHALS
RECEIVED
MAY 14 2018
SAN ANTONIO, TX
ENFORCEMENT SECTION

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 5:17cr954-DAE |
| Joseph Teron Hayes | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) **Joseph Teron Hayes**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☑ Order of the Court

This offense is briefly described as follows:

see attached

Date: 05/14/2018

_____
Issuing officer's signature

City and state: San Antonio, TX

Amy Jackson, Deputy Clerk
Printed name and title

| Return |
|---|
| This warrant was received on (date) _____ , and the person was arrested on (date) _____ at (city and state) _____ |
| Date: _____ |
| Arresting officer's signature |
| Printed name and title |

10459147
977 80-380